No. 25-5109

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs – Appellees*

WESTERN WATERSHEDS PROJECT, et al.,
*Consolidated Plaintiffs – Appellees*

Animal Wellness Action, et al.,
*Consolidated Plaintiffs – Appellees*

v.

SPORTSMEN ALLIANCE FOUNDATION, et al.,
Intervenors-Defendants - Appellants

On Appeal from the United States District Court
for the District of Montana, Missoula Division
Lead Case No. 9:24-cv-00086-DWM, Member Case Nos. CV-24-87-M-DWM,
CV-24-97-M-DWM, Hon. Donald W. Molloy

**APPELLEES' MOTION TO CORRECT THE DOCKET AND NOTICE OF APPEARANCE**

| | |
|---|---|
| Jessica L. Blome | Kate Chupka Schultz |
| Cal. Bar No. 314898 | Oregon Bar No. 221174 |
| GREENFIRE LAW, PC | New York Bar No. 5417639 |
| 2748 Adeline Street, Suite A | The Center for a Humane Economy |
| Berkeley, CA 94703 | P.O. Box 30845 |
| (510) 900-9502 | Bethesda, MD 20824 |
| jblome@greenfirelaw.com | (858) 342-0398 |
| | kate@centerforahumaneeconomy.org |

Rob Farris-Olsen  
MT Bar No. 11937  
MORRISON SHERWOOD  
WILSON DEOLA, PLLP  
401 N. Last Chance Gulch  
Helena, MT 59601  
(406) 508-1089  
rfolsen@mswdlaw.com

Counsel for Plaintiffs  
Animal Wellness Action, et al.

This appeal is taken from the Hon. Judge Donald W. Molloy's opinion and order resolving three consolidated challenges to the U.S. Fish & Wildlife Service's decision to deny plaintiff-organization's petition to re-list the gray wolf as a threatened or endangered species in the Northern Rocky Mountains states. The Court consolidated three separate petitions challenging the re-listing decision and designated the lead case under Case Number CV-24-86-M-DWM.

Undersigned counsel represents the plaintiff coalition associated with Member Case Number CV-24-87-M-DWM, which includes Plaintiffs-Appellees Animal Wellness Action; The Center for a Humane Economy; Project Coyote, a project of Earth Island Institute; The Kettle Range Conservation Group; Footloose Montana and The Gallatin Wildlife Association as noted on Appellees' Form 34 Disclosure Statement filed on August 27, 2025, Dkt 8.1.

On August 21, 2025, the Circuit Clerk issued an Order Setting Assessment Conference, Dkt. 4.1. This order included a list of conference participants and mistakenly included Jessica L. Blome and Robert Farris-Olsen as attorneys for Plaintiff-Appellees in the lead case, Center for Biological Diversity and Humane World for Animals. In addition, the Order omitted Plaintiffs-Appellees' attorney Kate Chupka Schultz.

Jessica L. Blome, Robert Farris-Olsen, and Kate Chupka Schultz are counsel of record for Plaintiffs-Appellees Animal Wellness Action; The Center for a

Humane Economy; Project Coyote, a project of Earth Island Institute; The Kettle Range Conservation Group; Footloose Montana and The Gallatin Wildlife Association.

Plaintiffs-Appellees' respectfully request that the Court update the docket to include all named Plaintiff's-Appellees and that this motion serves as a notice of appearance for Kate Chupka Schultz with the correct contact information for all counsel of record.

Dated: September 12, 2025     Respectfully Submitted,

By: s/ *Jessica L. Blome*
Jessica L. Blome
Cal. Bar No. 314898
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

s/ *Kate Chupka Schultz*
Kate Chupka Schultz
Oregon Bar No. 221174
New York Bar No. 5417639
The Center for a Humane Economy
P.O. Box 30845
Bethesda, MD 20824
(858) 342-0398
kate@centerforahumaneeconomy.org

Rob Farris-Olsen
MT Bar No. 11937
MORRISON SHERWOOD WILSON
DEOLA, PLLP
401 N. Last Chance Gulch
Helena, MT 59601
(406) 508-1089
rfolsen@mswdlaw.com

*Counsel for Plaintiffs-Appellees*
*Animal Wellness Action, et al.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)**  25-5109

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[ X ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Plaintiffs-Appellees' Motion to Correct the Docket and Notice of Appearance

**Signature**  s/ Jessica L. Blome  **Date**  September 12, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*